OPINION BY ORLADY, J., October 5, 1906 :

For reasons given in an opinion filed herewith in Commonwealth v. Giovanni Di Silvestro and Joseph Di Silvestro, ante, p. 537, the assignments of error are overruled and the judgment is affirmed, the record to be remitted to the court below in order that the sentence of the court may be carried into effect.

---

## Commonwealth *v.* Tresca, Appellant.

Argued April 18, 1906. Appeal, No. 256, Oct. T., 1905, by defendant, from judgment of Q. S. Phila. Co., Oct. T., 1905, No. 417, on verdict of guilty in case of Commonwealth v. Carlo Tresca. Before RICE, P. J., PORTER, HENDERSON, MORRISON, ORLADY and HEAD, JJ. Affirmed.

OPINION BY ORLADY, J., October 5, 1906 :

For reasons given in an opinion filed herewith in Commonwealth v. Giovanni Di Silvestro and Joseph Di Silvestro, ante, p. 537, the assignments of error are overruled and the judgment is affirmed, the record to be remitted to the court below in order that the sentence of the court may be carried into effect.

---

## McCullough *v.* Kinnan, Appellant.

*Judgment—Opening judgment—Discretion of court—Review.*

On an application to open a judgment, it is proper for the court below to weigh the evidence and to decide according to the preponderance thereof, and the appellate court will not reverse for the exercise of a sound discretion.

Argued May 8, 1906. Appeal, No. 82, April T., 1906, by defendant, from order of C. P. Indiana Co., Dec. T., 1904, No. 268, refusing to open a judgment in case of S. I. McCul-